AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.: 3:22-mj-101, 102, 107 | Date and time warrant executed: 3/3/2022 8:15AM | Copy of warrant and inventory left with: PROPERTY OWNERS (BERGS) |
|---|---|---|

Inventory made in the presence of: KYLE AND CONNIE BERG

Inventory of the property taken and name of any person(s) seized:

SEE ATTACHED LISTING:

\* NOTE: AMENDED ON 11/8/2022 TO INCLUDE ITEM #5, (A-F). ORIGINAL RETURN DATED 3/14/2022.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/8/2022

_Executing officer's signature_

URI ROSENWALD, SPECIAL AGENT, FBI
_Printed name and title_

**3:22-mj-101 / 3:22-mj-102 / 3:22-mj-107**

1. Unopened mail addressed to Fed Serve LLC
2. Silver HP laptop: Model 15-dy1023dx, S/N: 5CD0028839
3. Dell Inspiron desktop computer: Model 3628, Service Tag 2JBKJH2
4. Lenovo ThinkPad: S/N: R9-ORKBAF
5. The following items were images following CART SOPs to an external hard drive:
    a. Connie Berg's Cell Phone – One (1) iPhone 11 Pro, S/N: F17ZHFCUN6XW
    b. Kyle Berg's Cell Phone – One (1) Samsung Galaxy Note20 Ultra, S/N: R5CN711FSVM
    c. One (1) Innovera USB thumb drive, 16 GB
    d. Two (2) Memorex TravelDrive thumb drives, 2 GB each
    e. One (1) Ruphis thumb drive, 512 MB
    f. One (1) SanDisk MicroSD card, 2 GB